United States District Court
Southern District of Texas

**ENTERED**

September 21, 2020

David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 7:20–mj–01895–2 |
| | § | |
| Alfredo Gonzalez | § | |

## <u>ORDER APPOINTING COUNSEL</u>

      Because the Defendant, Alfredo Gonzalez, has satisfied this court that (s)he is financially unable to employ counsel and does not wish to waive counsel, and because the interests of justice so require, an attorney is hereby **APPOINTED** to represent this person in the above designated case.

### Attorney appointed: Roel Esquivel

      The appointment **SHALL** remain in effect until terminated or a substitute attorney is appointed or makes an appearance herein on behalf of the Defendant.

      Signed on September 21, 2020.

Peter E. Ormsby
United States Magistrate Judge