United States District Court
Southern District of Texas
**ENTERED**
September 21, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| *versus* | § | Case No. 7:20–mj–01895 |
| | § | |
| Alfredo Gonzalez | § | |

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT**

    Upon motion of the GOVERNMENT, it is ORDERED that a detention hearing is set for September 24, 2020 at 03:00 PM before United States Magistrate Judge Peter E Ormsby at 1701 W. Bus. Hwy. 83, McAllen, Texas 78501. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for this hearing.

_____
Peter E. Ormsby
United States Magistrate Judge

Date of order: **September 21, 2020**